KRISTEN L. BOYLES (CSB #158450)   THE HONORABLE ELIZABETH D. LAPORTE
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
(206) 343-7340
(206) 343-1526 *[FAX]*
kboyles@earthjustice.org

*Attorney for Plaintiffs*
*The Wilderness Society, et al.*

CLAUDIA POLSKY (CSB #185505)
Deputy Attorney General
State of California Department of Justice
1515 Clay Street
P.O. Box 70550
Oakland, CA 94612-1413
(510) 622-2112
(510) 622-2270 *[FAX]*
claudia.polsky@doj.ca.gov

*Attorney for Plaintiffs People of the State of*
*California, et al.*

*(additional counsel listed at signature block)*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, et al., <br><br> Defendants. | Case No. 05-03508-EDL <br> consolidated with |

[PROPOSED] FINAL INJUNCTION ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

| | | |
|---|---|---|
| 1 | THE WILDERNESS SOCIETY, et al., ) | Case No. 05-04038-EDL |
| 2 | Plaintiffs, ) ) | |
| 3 | v. ) ) | [PROPOSED] FINAL INJUNCTION ORDER |
| 4 | ) | |
| 5 | UNITED STATES FOREST SERVICE, et al., ) ) | |
| 6 | Defendants. ) ) | |

Having considered the briefs and arguments of the parties, and the entire record in this matter, and based on the Court's orders dated September 20, 2006; October 3, 2006; November 29, 2006; and December 28, 2006 and the hearings held on August 1, 2006; September 25, 2006; and February 5, 2007, the Court GRANTS plaintiffs injunctive relief as follows.

## INJUNCTION

### I. STATE PETITIONS RULE

The State Petitions Rule, adopted at 70 Fed. Reg. 25,654, 25,661-62 (May 13, 2005), is set aside, and the Roadless Rule, adopted at 66 Fed. Reg. 3,244, 3,272-73 (January 12, 2001), including the Tongass Amendment, adopted at 68 Fed. Reg. 75,136, 75,146 (December 30, 2003), is reinstated.

### II. NEW FOREST SERVICE ACTIONS AND ACTIONS IN ROADLESS AREAS

As the Court previously ordered, federal defendants are enjoined from taking any further action contrary to the Roadless Rule without first remedying the legal violations identified in the Court's opinion of September 20, 2006. Such further actions by the Forest Service include, but are not limited to, approving or authorizing any management activities in inventoried roadless areas that would be prohibited by the 2001 Roadless Rule, including the Tongass Amendment, and issuing or awarding leases or contracts for projects in inventoried roadless areas that would be prohibited by the 2001 Roadless Rule, including the Tongass Amendment. The effective date of this injunction is September 20, 2006.

[PROPOSED] FINAL INJUNCTION ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

III.  SPECIFIC ACTIVITIES IN ROADLESS AREAS

    A.  <u>Oil and Gas Leases</u>

The 2001 Roadless Rule (including the Tongass Amendment) shall apply to all activities and any step of the leasing process commenced after the May 13, 2005 unlawful repeal of the Roadless Rule on any and all mineral leases of National Forest lands that issued after January 12, 2001. The Forest Service is enjoined from approving any surface use of a mineral lease issued after January 12, 2001, that would violate the Roadless Rule (including the Tongass amendment), if such approval occurs after May 13, 2005. This order shall apply to prohibit any surface use that would violate the Roadless Rule (including the Tongass Amendment) in connection with drilling permits authorized after May 13, 2005 on oil and gas leases that were issued between January 12, 2001 and May 13, 2005, as well as on leases that were issued on or after May 13, 2005. This order does not apply to roads that have already been constructed or reconstructed on lease parcels pursuant to approved surface use plans of operation, nor does it apply to leases that include a strict "no surface occupancy" condition that already prohibits road construction that would violate the Roadless Rule.

    B.  <u>Coal Creek-Big Creek Road Project, Salmon-Challis NF, Idaho</u>

The Forest Service is enjoined from proceeding with the Coal Creek-Big Creek Road Project as to any portion of the project that is not permitted under the exception to the Roadless Rule for road realignment of classified roads. See 66 Fed. Reg. 3,244, 3,273 (§ 294.12(b)(4)).

    \*    \*    \*

This order supersedes the Court's prior orders granting injunctive relief.

IT IS SO ORDERED.

Entered on this 5th day of February, 2007.

*Elizabeth D. Laporte*

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] FINAL INJUNCTION ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL  - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1  Presented by:

2

3  /s/ Kristen L. Boyles
   KRISTEN L. BOYLES (CSB #158450)
4  Earthjustice
   705 Second Avenue, Suite 203
5  Seattle, WA 98104-1711
   (206) 343-7340
6  (206) 343-1526 [FAX]
   kboyles@earthjustice.org
7

8  TIMOTHY J. PRESO (MSB #5255)
   Earthjustice
9  209 South Willson Avenue
   Bozeman, MT 59715
10 (406) 586-9699
   (406) 586-9695 [FAX]
11 tpreso@earthjustice.org

12
   THOMAS S. WALDO (ASB #9007047)
13 Earthjustice
   325 Fourth Street
14 Juneau, AK 99801-1145
   (907) 586-2751
15 (907) 463-5891 [FAX]
16 twaldo@earthjustice.org

17 *Attorneys for Plaintiffs The Wilderness Society, et al.*
18

19 GREGORY C. LOARIE (CSB #215859)
   Earthjustice
20 426 Seventeenth Street, 5th Floor
   Oakland, CA 94612
21 (510) 550-6725
   (510) 550-6749 [FAX]
22 gloarie@earthjustice.org

23
   *Local Counsel for Plaintiffs The Wilderness*
24 *Society, et al.*

25

26

27

28

[PROPOSED] FINAL INJUNCTION ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL  - 4 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

1  BILL LOCKYER, Attorney General
   THEODORA BERGER
2  Assistant Attorney General
   KEN ALEX
3  Supervising Deputy Attorney General

4

5
   /s/ Kristen L. Boyles, for *
6  CLAUDIA POLSKY (CSB #185505)
   Deputy Attorney General
7  State of California Department of Justice
8  1515 Clay Street
   P.O. Box 70550
9  Oakland, CA  94612-1413
   (510) 622-2112
10 (510) 622-2270 [FAX]
   claudia.polsky@doj.ca.gov
11

12 *Attorneys for Plaintiffs People of the State of
   California*
13

14 HARDY MYERS, Attorney General
     of the State of Oregon
15

16

17 /s/ Kristen L. Boyles for *
   DAVID E. LEITH (OR Bar. No. 93341)
18 Assistant Attorney General
19 1162 Court Street NE
   Salem, OR 97301-4096
20 (503) 378-6313
   (503) 378-3465 [FAX]
21 David.Leith@doj.state.or.us

22 *Attorneys for State of Oregon,
   by and through Governor Theodore Kulongoski*
23

24

25

26

27

28

[PROPOSED] FINAL INJUNCTION ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL   - 5 -

*Earthjustice*
705 Second Ave., Suite 203
Seattle, WA  98104
(206) 343-7340

1  PATRICIA A. MADRID, Attorney General
   of the State of New Mexico
2
3
4  /s/ Kristen L. Boyles for *
   STEPHEN R. FARRIS (NM Bar No. 6234)
5  Assistant Attorney General
   Director, Water, Environment and Utilities Division
6  New Mexico Attorney General's Office
   P.O. Drawer 1508
7  Santa Fe, NM 87504
   (505) 827-6939
8  (505) 827-4440 [FAX]
9  SFarris@ago.state.nm.us

10 *Attorneys for State of New Mexico,
   ex rel. Patricia A. Madrid, Attorney General*
11

12
   ROB McKENNA, Attorney General
13    of the State of Washington

14
15 /s/ Kristen L. Boyles for *
   MARY SUE WILSON (WSB #19257)
16 Senior Assistant Attorney General
   JOAN M. MARCHIORO (WSB #19250)
17 Senior Counsel
   RONALD L. LAVIGNE (WSB #18550)
18 Assistant Attorney General
   SHEILA LYNCH (WSB #26343)
19 Assistant Attorney General
20 Washington State Office of Attorney General
   P.O. Box 40117
21 Olympia, WA 98504-0117
   (360) 586-6770
22 (360) 586-6760 [FAX]
23 marysuew@atg.wa.gov
   joanm2@atg.wa.gov
24 ronaldl@atg.wa.gov
   sheilal@atg.wa.gov
25
26 *Attorneys for State of Washington*

27 * per email authorization

28

[PROPOSED] FINAL INJUNCTION ORDER
Case Nos. 05-03508-EDL and 05-04038-EDL   - 6 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*